NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5151

CHARLES P. DANIELS, JR.,
and
LINDA M. DANIELS,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Catherine M. Brown, Catherine M. Brown, LLC, of Morristown, New Jersey, argued for plaintiffs-appellants.

Kathleen E. Lyon, Attorney, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Richard T. Morrison, Acting Assistant Attorney General, and Robert W. Metzler, Attorney.

Appealed from: United States Court of Federal Claims

Judge Christine O.C. Miller

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5151

CHARLES P. DANIELS, JR.,
and
LINDA M. DANIELS,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the  United States Court of Federal Claims

In CASE NO(S).  06-CV-851.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (RADER, Circuit Judge, CLEVENGER, Senior Circuit Judge and MOORE, Circuit Judge):

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*


DATED *March 10, 2008*   */s/ Jan Horbaly*
            *Jan Horbaly, Clerk*